# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE and BETH DUDLEY, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    CAUSE NO. 06-1013-WDS ) |
| PUTNAM INTERNATIONAL EQUITY FUND, et al., | ) ) ) |
| Defendants. | ) |

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: December 18, 2006.**

                                             **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**

Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 06-1013-DRH.